IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-cr-00317-BO-2

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| CHRISTOPHER ANDRE ROYAL | : |

**ORDER OF FORFEITURE**

Pursuant to the entry of a plea of guilty by the defendant, Christopher Andre Royal, on June 6, 2017 to violations of 21 U.S.C. §§ 841 and 846 and 18 U.S.C. §924(c)(1)(A), and further evidence of record and as presented by the Government, the Court finds that the United States is now entitled to $2,800.00, which represents proceeds the defendant obtained as a result of the said controlled substance offenses, and the following firearms and ammunition, which are forfeitable pursuant to 18 U.S.C. § 924(d)(1), to wit: (a) a Smith & Wesson, model SW 40VE caliber handgun, bearing SN: FWN8547, (b) a Mossberg Model 88 12 gauge shotgun, SN: MV8767N, and (c) all related ammunition.

It is hereby ORDERED, ADJUDGED, and DECREED:

1. Based upon the defendant's guilty plea, and further evidence of record and as presented by the Government, $2,800.00, which represents proceeds the defendant obtained as a result of

1

the said controlled substance offenses, is forfeited to the United States, and when and if recovered shall be disposed of in accordance with the law; and

2. Based upon the Guilty Plea as to the defendant Christopher Andre Royal and evidence presented by the United States, the United States is hereby authorized to seize the listed firearms and ammunition, and they are hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3).

2. Any and all forfeited funds shall be deposited by the U.S. Department of Justice or the U.S. Department of the Treasury, as soon as located or recovered, into the U.S. Department of Justice's Assets Forfeiture Fund or the U.S. Department of the Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

Upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be final as to the defendant at sentencing.

SO ORDERED. This 5 day of January, 2018.

_____
TERRENCE W. BOYLE
United States District Judge